SHEEDY, Appellant, v. EDDY et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Ellen T. Sheedy against William H. Eddy and others. No opinion. Judgment affirmed, with costs.

SHICK, Appellant, v. BERLINER, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Samuel Shick, an infant, by Harry Shick, his guardian ad litem, against Elias Berliner. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SHIELS, Appellant, v. STAFFORD, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Thomas Shiels, as receiver, against Jenny K. Stafford. J. W. Greene, for appellant. J. M. Beck, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SHUBERT v. ZIEGFELD. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Lee Shubert against Florenz Ziegfeld. No opinion. Application denied, with $10 costs. Order signed. See, also, 113 N. Y. Supp. 801.

SILVER, Appellant, v. REBHUN, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Julius Silver against Jachiel Rebhun.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant within 15 days perfect the appeal, place the cause at the foot of the present calendar, and be ready for argument when reached, in which case the motion is denied, without costs.

SIMERS v. WHITE. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by George W. Simers, Jr., as judgment creditor, against Josiah J. White, as judgment debtor. No opinion. Motion denied, with $10 costs.

In re SIMMONS et al. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) In the matter of the application and petition of J. Edward Simmons and others, constituting the board of water supply of the city of New York, to acquire real estate for and on behalf of the city of New York, under chapter 724, p. 2027, of the Laws of 1905, etc., in the town of Olive, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York. Parcel No. 50; Marshall Winn and Benjamin Van Steenburgh, claimants. No opinion. Order unanimously affirmed, with costs. See, also, 61 Misc. Rep. 352, 113 N. Y. Supp. 890; 130 App. Div. 350, 356, 114 N. Y. Supp. 571, 575; 116 N. Y. Supp. 439.

SIMON, Respondent, v. CHAUSER et al., Appellants. (Supreme Court Appellate Division, Second Department. May 7, 1909.) Action by Meyer Simon against Isaac Chauser and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

SINGER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Leonard Singer, as administrator of goods, chattels, and credits of Bertha Singer, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See, also, 116 N. Y. Supp. 294.

SINN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by William Sinn against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Appellant, v. BOARD OF SUP'RS OF ESSEX COUNTY, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Frank E. Smith against the board of supervisors of the county of Essex. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Michael L. Smith against the Long Island Railroad Company. No opinion. Motion denied, with $10 costs. See, also, 129 App. Div. 427, 114 N. Y. Supp. 228.

SMITH, Respondent, v. MICHIGAN WAGON & MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Garrett H. Smith against the Michigan Wagon & Manufacturing Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SMITH, Appellant, v. PEOPLE, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Annie M. Smith against the people of the state of New York. No opinion. Judgment unanimously affirmed, with costs.

SPENADEL, Respondent, v. NEADLE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Max Spenadel against Jacob Neadle and others. W. C. Beecher, for appellants. B. Reass, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.